**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| EAMMY WHEELER, | Case No. 2:16-cv-02904-RFB-CWH |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| CAM STONEGATES LLC, et al., | |
| Defendants. | |

On July 23, 2018, the court entered an order granting plaintiff Eammy Wheeler's application to proceed *in forma pauperis* and dismissing the complaint for failure to invoke the court's jurisdiction, with leave to amend. (Screening Order (ECF No. 4).) Plaintiff's deadline to file an amended complaint was August 20, 2018. (*Id.* at 4.) Plaintiff did not file an amended complaint and has not taken any other action in the case since the court entered its screening order. Thus, it appears plaintiff has abandoned this case.

IT IS THEREFORE RECOMMENDED that plaintiff Eammy Wheeler's case be DISMISSED without prejudice.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: August 21, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE